# IN THE SUPREME COURT OF THE STATE OF NEVADA

ICEHOUSE, LLC, A NEVADA
LIMITED-LIABILITY COMPANY,
SUCCESSOR BY CONVERSION TO
ICEHOUSE, INC.,

      Appellant,

vs.

KENDRA, LTD., A NEVADA LIMITED
LIABILITY COMPANY; AND D&D
ROOFING AND SHEET METAL, INC.,
A NEVADA CORPORATION,

      Respondents.

No. 79712

FILED

OCT 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kathleen M. Drakulich, District Judge
  Jill I. Greiner, Settlement Judge
  Leonard Law, PC
  Kaempfer Crowell/Reno
  Guild, Gallagher & Fuller, Ltd.
  Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-39298